MARCH TERM, 1862.     561

St. L. Buil. & Sav. Ass. v. La Barge.—State, &c., Bredell's Ex'r, v. Baldwin.

ST. LOUIS BUILDING AND SAVINGS ASSOCIATION, Respondent,
v. JOSEPH LA BARGE, Jr., *et al.*, Appellants.

1. Judgment affirmed for want of assignment of errors.

*Appeal from St. Louis Circuit Court.*

BATES, Judge, delivered the opinion of the court.

Causes from the circuit from which this cause comes
have been set for hearing at several different terms, and yet
no assignment of errors has been filed. The respondent
now moves for an affirmance of the judgment for want of the
assignment of errors.

Judgment affirmed. Judges Bay and Dryden concur.